

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     John E. Deloach, Individually, John E. Deloach as General Partner of
John E. Deloach Family Limited Partnership, and John E. Deloach
Family Limited Partnership v. Stephen Stelly

Appellate case number:   01-19-00182-CV

Trial court case number:   CV29534

Trial court:                  253rd District Court of Chambers County

The motion for rehearing is denied.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Keyes, Kelly, and Landau.

Date: ___December 15, 2020_____